IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00779 |
| ) | |
| BRANDON REFFITT, *et al.*, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 26), which was filed on September 21, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to effect service of process on Defendants Walker and Haggard. Plaintiff has been on notice since March 4, 2020, that service has not been effectuated on these Defendants. (*See* Doc. Nos. 22, 23). As of the entry of this Order, Plaintiff has not served the remaining defendants or filed objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE